UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VLADYMIR CAMPOS,<br><br>                    Plaintiff, | 1:25-CV-5723 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently held in the West Facility on Rikers Island, brings this action *pro se*. For the following reasons, the Court dismisses this action without prejudice.

Plaintiff has previously submitted to this court a substantially similar complaint commencing another civil action. That action is pending before the Honorable Analisa Torres, United States District Judge of this court, and has been referred to the Honorable Barbara C. Moses, United States Magistrate Judge of this court. *See Campos v. City of New York*, 1:25-CV-4736 (AT) (BCM). Because this action raises the same claims as in *Campos*, 1:25-CV-4736 (AT) (BCM), no useful purpose would be served by the litigation of this duplicative action. The Court therefore dismisses this action without prejudice to Plaintiff's claims in *Campos*, 1:25-CV-4736 (AT) (BCM).

## CONCLUSION

The Court dismisses this action without prejudice as duplicative of *Campos v. City of New York*, 1:25-CV-4736 (AT) (BCM).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: August 27, 2025
New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge